**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H. and C.A., *individually and on behalf of all others similarly situated*, | Case No. 1:24-cv-01404 |
| Plaintiffs, | Hon. Virginia M. Kendall |
| v. | |
| ASPEN DENTAL MANAGEMENT, INC., | |
| Defendant. | |

**RESPONSE TO DEFENDANT ASPEN DENTAL MANAGEMENT, INC.'S**
**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H. and C.A file this response to Defendant Aspen Dental Management Inc's motion for leave to file a Memorandum in Support of its Motion to Dismiss of up to 40 pages.

1. On April 18, 2024, counsel for Defendant reached out by email to seek Plaintiffs' consent to file an overlength motion to dismiss of up to 40 pages.

2. Undersigned counsel responded that 40 pages, which is more than double the length permitted by Local Rule 7.1, was "excessive" but that an extension of five or ten additional pages would be acceptable.

3. Counsel for Defendant did not respond to Plaintiff's email objecting to 40 pages and instead filed a motion seeking leave to file a 40-page brief. *See* Dkt. No. 13.

4. In Defendants' motion, counsel did not inform this Honorable Court that Plaintiffs objected to the requested enlargement and offered up to ten additional pages, subject to Court approval.

**WHEREFORE**, Plaintiffs respectfully request that this Court deny Defendant's motion for leave to file a Memorandum in Support of its Motion to Dismiss of up to 40 pages, and award all such other relief as is equitable and just.

Dated: April 18, 2024

Respectfully submitted,

*/s/ David S. Almeida*

David S. Almeida (ARDC 6285557)
Britany Kabakov (ARDC 6336126)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
T: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

Brandon M. Wise (ARDC 6319580)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One U.S. Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate – GA Bar #518068*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Ph: (404) 282-4806
atate@peifferwolf.com

*Pro Hac Vice granted

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/ David S. Almeida*
David S. Almeida