**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H., and C.A., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:24-cv-01404<br>Hon. Virginia M. Kendall |

**DEFENDANT ASPEN DENTAL MANAGEMENT, INC.'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

**INTRODUCTION**

Defendant Aspen Dental Management, Inc. ("Aspen Dental") respectfully moves the Court to dismiss Plaintiffs' First Consolidated Amended Complaint ("Amended Complaint" with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Aspen Dental submits contemporaneously with this motion a memorandum in support, incorporated by reference, that further explains the grounds for the motion. Counsel for Aspen Dental is further available for oral argument to address the issues raised by this Rule 12(b)(6) motion at the convenience of the Court.

Dated: April 23, 2024

Respectfully submitted,

*/s/ Bonnie Keane DelGobbo*
Joel Griswold
Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

Melissa M. Bilancini (*pro hac vice* forthcoming)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200 (phone)
mbilancini@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 23, 2024, a true and correct copy of the foregoing *Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint* was served on counsel of record via the Court's electronic filing system.

*/s/ Bonnie Keane DelGobbo*
Bonnie Keane DelGobbo
*One of the Attorneys for Defendant*