**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H., and C.A., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN DENTAL MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:24-cv-01404<br>Hon. Virginia M. Kendall |

**NOTICE OF MOTION**

TO: All Attorneys of Record

PLEASE TAKE NOTICE that on April 30, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Room 2503 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant, Aspen Dental Management, Inc.'s Rule 12(B)(6) Motion to Dismiss Plaintiffs' Amended Complaint, a copy of which is attached hereto and served upon opposing counsel.

Dated: April 23, 2024

Respectfully submitted,

*/s/ Bonnie Keane DelGobbo*

Joel Griswold
Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

Melissa M. Bilancini (*pro hac vice* forthcoming)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200 (phone)
mbilancini@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/ Bonnie Keane DelGobbo*
Bonnie Keane DelGobbo