**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H., and C.A., *individually and on behalf of all others similarly situated*, | Case No. 1:24-cv-01404 |
| *Plaintiffs*, | Judge Virginia M. Kendall |
| v. | |
| ASPEN DENTAL MANAGEMENT, INC., | |
| *Defendant*. | |

**PLAINTIFFS' OPPOSED MOTION FOR CLARIFICATION[1]**

Plaintiffs A.D., R.G., T.B., E.W., M.H., S.B., C.C., K.F., C.M., A.O., A.H. and C.A., ("Plaintiffs") respectfully submit this motion for clarification of the Court's September 9, 2024, Memorandum Opinion and Order. In support of this motion, Plaintiffs state as follows:

1. On September 9, 2024, the Court granted in part and denied in part Defendant's Motion to Dismiss. *See* ECF No. 47.

2. The Court's Order granted Defendant's Motion to Dismiss with respect to the following claims: Unjust Enrichment (Count IV), Illinois Consumer Fraud Act (Count VI), Illinois Eavesdropping Statute (Count VII), Massachusetts Wiretap Act (Count X), Washington Consumer Protection Act (Count XI), California Confidentiality of Medical Information Act (Count XIII) and California Unfair Competition Law (Count XIV). *Id*. at 7-9, 14-17 & 19.

[1] Counsel for the Parties conferred, and, at this time, Defendant wishes to reserve the right to file a response to this motion.

3. In granting Defendant's Motion to Dismiss, the Court did not dismiss the claims with prejudice nor did the Court deny Plaintiffs leave to amend any of their claims or find that any amendment would be futile.

4. Plaintiffs specifically asked the Court for leave to amend their complaint to address any pleading deficiencies. *See* ECF No. 30 at 44.

5. Pursuant to Federal Rule of Civil Procedure Rule 15(a)(2), "a district court should give leave to amend freely when justice so requires." *Goodlet v. City of Chicago*, 2023 WL 2499862, at *2 (N.D. Ill. Mar. 14, 2023) (cleaned up).

6. For purposes of this Motion, Plaintiffs seek only clarification concerning leave to amend their cause of action under the California Confidentiality of Medical Information Act. *See BCBSM, Inc. v. Walgreen Co.*, 2022 WL 20440183, at *3 (N.D. Ill. Apr. 13, 2022) (granting motion for clarification where the court's opinion was unclear as to whether a cause of action was dismissed with or without prejudice).

7. Here, in its Opinion, the Court did not find that amendment would be futile but instead concluded that "Plaintiff fails to allege that the disclosed information necessarily reveals information about their "physical condition or treatment" as required by the CMIA." ECF No. 47 at 17. And "[a]t this stage, Plaintiff's allegations do not plausibly allege that their medical information was transmitted." *Id.*

8. With an opportunity to amend, Plaintiff C.M. can clarify that it was Plaintiff's personal medical information that was accessed and disclosed. And that such information reveals information about Plaintiff's physical condition and/or treatment.

**WHEREFORE**, for these reasons, Plaintiffs respectfully submit this Motion for Clarification.

Date: September 17, 2024

Respectfully submitted,

By: /s/ *Brandon M. Wise*

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
Brandon M. Wise (ARDC 6319580)
One U.S. Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

**ALMEIDA LAW GROUP LLC**
David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
849 W. Webster Avenue
Chicago, Illinois 60614
Ph: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
Andrew Ready Tate – GA Bar #518068*
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Ph: (404) 282-4806
atate@peifferwolf.com

**pro hac vice* granted

*Attorneys for Plaintiffs & the Putative Classes*

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on September 17, 2024, I filed the attached with the Clerk of the Court using the Court's electronic filing system and will send such filing to all attorneys of record.

*/s/ Brandon M. Wise*