**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMY DONNELLY, RHONDA GIBSON, TYLER BAKER, ELLA WILLIAMS, MERISHA HARVEY, SERGE BELOZEROV, COURTNEY CLARK, KRISTIN FASANO, CAITLIN MCDANIEL, ASHLEY O'NEIL, ALEXANDER HARRIS and CRYSTAL ARTER, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | Case No. 1:24-cv-01404  Hon. Virginia M. Kendall |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ASPEN DENTAL MANAGEMENT, INC., | ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY PENDING MEDIATION

Plaintiffs Amy Donnelly, Rhonda Gibson, Tyler Baker, Ella Williams, Merisha Harvey, Serge Belozerov, Courtney Clark, Kristin Fasano, Caitlin McDaniel, Ashely O'Neil, Alexander Harris, and Crystal Arter ("Plaintiffs") and Defendant Aspen Dental Management, Inc. ("Aspen Dental") (collectively the "Parties") through their counsel, jointly request that the Court enter an order staying this case in its entirety for 75 days, including staying Aspen Dental's deadline to respond to the Second Amended Complaint and staying discovery and other deadlines and proceedings, to allow the Parties to complete a private mediation. In support of this motion, the Parties state as follows:

1.     On September 9, 2024, the Court granted in part and denied in part Aspen Dental's Motion to Dismiss the First Amended Complaint. (*See* Dkt. No. 47.)

2.      On October 21, 2024, Plaintiffs filed their Second Amended Complaint (Dkt. No. 61), and Aspen Dental's deadline to answer the Second Amended Complaint is November 15, 2024. (Dkt. No. 59.)

3.      The Parties have agreed to participate in mediation and have scheduled a mediation date with a private mediator.

4.      This Court has inherent power to stay this case in the interest of judicial economy. *In re RC2 Corp. Toy Lead Paint Prod. Liab. Litig.*, No. 07 C 7184, 2008 WL 548772, at *5 (N.D. Ill. Feb. 20, 2008), *as amended* (Feb. 28, 2008); *Landis v. North American Co.,* 299 U.S. 248, 254 (1936) (power to stay pending action "is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, counsel, and for litigants.").

5.      To conserve resources, the Parties respectfully request that the Court stay these proceedings for 75 days, including Aspen Dental's deadline to respond to the Second Amended Complaint and staying discovery and other deadlines and proceedings, while the Parties dedicate efforts to mediating this case.

6.      To the extent the stay pending mediation is permitted, the Parties shall submit a joint status report within 75 days of entry of the order granting a stay. To the extent that the mediation does not fully resolve the case, the Parties shall submit a notice with the Court requesting a scheduling conference to set new deadlines.

7.      The Parties submit that good cause is shown for this request, this request is not sought for the purpose of delay, and no party will be prejudiced by the relief sought in this motion.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an Order staying these proceedings, including all case deadlines, pending the Parties' mediation.

Dated: November 11, 2024

Respectfully submitted,

*/s/ Brandon M. Wise (w/ consent)*
Brandon M. Wise (ARDC 6319580)
PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP
One U.S. Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Ph: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

Andrew Ready Tate – GA Bar #518068*
PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Ph: (404) 282-4806
atate@peifferwolf.com

*Attorneys for Plaintiffs & the Putative Classes*

*/s/ Bonnie Keane DelGobbo*
Joel Griswold
Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

Melissa M. Bilancini (*pro hac vice*
forthcoming)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200 (phone)
mbilancini@bakerlaw.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.


*/s/ Bonnie DelGobbo*

Bonnie Keane DelGobbo