IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY DONNELLY, RHONDA GIBSON, TYLER BAKER, ELLA WILLIAMS, MERISHA HARVEY, SERGE BELOZEROV, COURTNEY CLARK, KRISTIN FASANO, CAITLIN MCDANIEL, ASHLEY O'NEIL, ALEXANDER HARRIS and CRYSTAL ARTER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ASPEN DENTAL MANAGEMENT, INC., <br><br> Defendants. | Case No. 1:24-cv-01404 <br><br> Hon. Virginia M. Kendall |

## JOINT VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and Defendant (the "Parties") hereby jointly stipulate and agree to dismissal of this matter without prejudice, with each Party to bear its own costs and attorney's fees.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Brandon M. Wise*
Brandon M. Wise (ARDC 6319580)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
One U.S. Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614

*/s/ Joel Griswold (w/consent)*
Joel Griswold
Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

Melissa M. Bilancini (*pro hac vice* forthcoming)
Baker & Hostetler LLP

Ph: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

Andrew Ready Tate – GA Bar #518068*
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Ph: (404) 282-4806
atate@peifferwolf.com

*Attorneys for Plaintiffs & the Putative Classes*

127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200 (phone)
mbilancini@bakerlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/ Brandon M. Wise*